**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., <br><br>　　　　　　Petitioner, <br><br>　v. <br><br>KOSS CORPORATION <br><br>　　　　　　Respondent. | CASE NO. 3:22-mc-80058 <br><br> [PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION FOR AN ORDER DIRECTING SERVICE OF PROCESS BY U.S. MARSHALS SERVICE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Apple Inc.'s Administrative Motion for an Order Directing Service of Process by the U.S. Marshals Service, the Declaration of Charlene Sun filed therewith, and any other information and argument before the Court, IT IS HEREBY ORDERED that:

The U.S. Marshals Service is directed to serve Respondent with Apple's Notice of Petition to Confirm the Arbitration Award, Petition to Confirm Arbitration Award, and all supporting papers pursuant to 9 U.S.C. § 9.

IT IS SO ORDERED.

Dated:   June 8, 2022

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　United States District Court Judge