James E. Berger (*pro hac vice*)
james.berger@us.dlapiper.com
Charlene C. Sun (*pro hac vice*)
charlene.sun@us.dlapiper.com
Joshua S. Wan (*pro hac vice*)
joshua.wan@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:    212.335.4500
Fax:    212.335.4501

Erik R. Fuehrer (Bar No. CA-252578)
erik.fuehrer@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel:    650.833.2000
Fax:    650.687.1243

Attorneys for Petitioner
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Petitioner, <br><br> v. <br><br> KOSS CORPORATION <br><br> Respondent. | CASE NO. 3:22-mc-80058 <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civil L.R. 77-2(c), Petitioner Apple Inc. ("Apple") and Respondent Koss Corporation ("Koss") jointly submit this Stipulation.

Apple and Koss stipulate as follows:

(1)   Apple and Koss have settled the claim for relief herein;

(2)   The Clerk of Court should dismiss this action in its entirety, without prejudice;

(3)   All attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Accordingly, Apple and Koss jointly request that the Clerk of Court dismiss the above-caption action and enter the [Proposed] Order submitted concurrently herewith.

**IT IS SO STIPULATED.**

Dated:  July 27, 2022

| | |
|---|---|
| **DLA PIPER LLP (US)** | **K&L GATES LLP** |
| James E. Berger | Peter E. Soskin |
| Charlene C. Sun | Christopher J. Valente |
| Erik R. Fuehrer | Benjamin E. Weed |
| Joshua S. Wan | Gina A. Johnson |
| | |
| By: /s/ *Charlene C. Sun* | By: /s/ *Benjamin E. Weed* |
| | |
| Attorneys for Petitioner | Attorneys for Respondent |
| APPLE INC. | KOSS CORPORATION |

**PURSUANT TO STIPULATION**, it is hereby **ORDERED** that:

(1) This action is dismissed without prejudice;

(2) All attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated: July 28, 2022

_____
Hon. Jon S. Tigar, District Judge